

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2016

No. 04-16-00030-CV

Patricia A. **MAPLES**,
Appellant

v.

Royce L. **MAPLES**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 1997-CI-14007
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Appellant has filed a motion for extension of time to file her brief. The reporter's record in this appeal was filed March 11, 2016. The clerk's record was filed March 29, 2016. Therefore, the deadline for appellant's brief is April 28, 2016. We GRANT appellant an extension and ORDER appellant to file her brief on or before May 31, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court